JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Rodney D. Sanders,<br><br>    Defendant | No. CV A 12-8556<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Rodney D. Sanders, in the principal amount of $5,702.97 plus interest accrued to October 2, 2012, in the sum of $14,372.09; with interest accruing thereafter at the daily rate of $1.21 until entry of judgment, administration costs in the amount of $87.00, for a total amount of **$20,162.06**.

DATED: 11/6/2012                    By: _____
                                        Clerk of the Court

                                        _____
                                        Deputy Clerk
                                        United States District Court