JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 12-8556 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Rodney D. Sanders, | |
| Defendant | |

Pursuant to the above stipulation of the parties,
Judgment is hereby entered in favor of Plaintiff, UNITED
STATES OF AMERICA, against Defendant, Rodney D. Sanders, in
the principal amount of $5,702.97 plus interest accrued to
October 2, 2012, in the sum of $14,372.09; with interest
accruing thereafter at the daily rate of $1.21 until entry
of judgment, administration costs in the amount of $87.00,
for a total amount of $**20,162.06**.

DATED: 11/6/2012          By:_____
                              Clerk of the Court


                          _____
                              Deputy Clerk
                          United States District Court